

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2013

No. 04-13-00261-CV

John E. Fitzgibbon, Sr., The Fitzgibbon Family Partnership, Ltd., and Rita Fitzgibbon,
Appellants

v.

Janice F. Hughes,
Appellee

Trial Court Case No. 2010CVF001577-D1

# O R D E R

The Court has reviewed the record and briefs in this appeal and has determined that oral argument will not significantly aid it in determining the legal and factual issues presented in the appeal. *See* TEX. R. APP. P. 39.8. Therefore, all requests for oral argument are denied, and the cause is advanced for **ON BRIEFS** submission on January 7, 2014, to the following panel: Justice Barnard, Justice Martinez, and Justice Alvarez. All parties will be notified of the Court's decision in this appeal in accordance with TEX. R. APP. P. 48.

Either party may file a motion requesting the Court to reconsider its determination that oral argument will not significantly aid the Court in determining the legal and factual issues presented in the appeal. *See* TEX. R. APP. P. 39.8. Such a motion should be filed within ten (10) days from the date of this order.

It is so **ORDERED** on November 21, 2013.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this November 21, 2013.

_____
Keith E. Hottle, Clerk